UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MTULA TASHAMBY PAYTON,

    Plaintiff,

  v.

REYES, et al.,

    Defendants.

No. 2:24-cv-3127 SCR P

<u>ORDER</u>

    Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application for leave to proceed in forma pauperis utilized the form used by this district by plaintiffs who are not incarcerated. Plaintiff should have used the form for plaintiffs who are incarcerated, as that form includes information necessary for the court to adequately review plaintiff's application. Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the opportunity to submit the application on the appropriate form.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is dismissed without prejudice;

    2. The Clerk of the Court is directed to send plaintiff a new Prisoner Civil Rights In

1

Forma Pauperis Application; and

    3. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Plaintiff is advised to have an authorized officer of the county jail complete the certificate portion at the bottom of the application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: February 18, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE