UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MTULA TASHAMBY PAYTON, | No. 2:24-cv-3127 SCR P |
| Plaintiff, | |
| v. | ORDER |
| REYES, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff is provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of the application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk of Court, and a certified copy of the inmate trust account statement for the six month period

1

immediately preceding the filing of the complaint;

    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

    3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: October 14, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE