UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MTULA TASHAMBY PAYTON,<br><br>    Plaintiff,<br><br>    v.<br><br>REYES, et al.,<br><br>    Defendants. | No. 2:24-cv-03127 SCR P<br><br>ORDER TO SHOW CAUSE |

    Plaintiff is incarcerated in county jail and proceeding pro se with this civil rights action under 42 U.S.C. § 1983.  Plaintiff has requested leave to proceed in forma pauperis (ECF No. 6) but the certificate portion of the affidavit was not filled out.  On October 15, 2025, the undersigned ordered plaintiff to submit, within 30 days, a completed affidavit in support of the request to proceed in forma pauperis and a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  (ECF No. 7.)  More than 30 days have passed, and plaintiff has not responded to the court's order.

    Accordingly, within 21 days, plaintiff shall show cause, in writing, why the action should not be dismissed for failure to submit a completed application to proceed in forma pauperis.  Plaintiff's failure to respond to this order to show cause will result in a recommendation that the action be dismissed without prejudice for failure to comply with a court order.  Local Rule 110.

1

In addition, the undersigned is aware of plaintiff's other civil rights action, Payton v. Sacramento County, Case No. 2:25-cv-0234 JDP P, that appears to challenge the same events underlying the complaint in this action. According to the Docket in that case, plaintiff's second amended complaint is pending screening under 28 U.S.C. § 1915A.[1] Plaintiff is advised that he may voluntarily dismiss this case and proceed in Payton v. Sacramento County. Plaintiff is further advised that if he voluntarily dismisses this action, the undersigned will not rule on his motion to proceed in forma pauperis in this action.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause, in writing, within twenty-one (21) days of service of this order, why the failure to submit a completed in forma pauperis application should not result in a recommendation that this case be dismissed. If Plaintiff fails to respond, the court will recommend dismissal of this case for failure to comply with the court's order.

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

DATED: December 1, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned takes judicial notice of the Docket in Payton v. Sacramento County, Case No. 2:25-cv-0234 JDP P, sua sponte. Fed. R. Evid. 201(c)(1) ("The court . . . may take judicial notice on its own."); Harris v. Cnty. of Orange, 682 F.3d 1126, 1131-32 (9th Cir. 2012) ("We may take judicial notice of undisputed matters of public record, including documents on file in federal or state courts.") (citations omitted).